**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Theofanopoulos, Sam | ) | CASE NO. 14-26641-BWB |
| | ) | |
| Debtor(s). | ) | Hon. Bruce W. Black |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Bruce W. Black

NOW COMES Joji Takada, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,250.00 as compensation and $24.02 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $0.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| TOTAL COMPENSATION | $1,250.00 | |

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| _Photocopies | $10.30 |
| _Postage | $13.72 |
| | |
| TOTAL EXPENSES | $24.02 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by

2

the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____          /s/ Joji Takada _____
                                        Joji Takada, Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
Business         (773) 790-4888
FAX              (773) 913-8800