UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
Sam Theofanopoulos                  §    Case No. 14-26641
                                    §
          Debtor                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 280,408.50<br>*(Without deducting any secured claims)* | Assets Exempt: 16,591.50 |
| Total Distributions to Claimants: 2,967.48 | Claims Discharged<br>Without Payment: 1,084,756.75 |
| Total Expenses of Administration: 2,032.52 | |

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 747,817.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,888.52 | 2,032.52 | 2,032.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 315,979.36 | 23,927.87 | 23,927.87 | 2,967.48 |
| **TOTAL DISBURSEMENTS** | $ 1,063,796.36 | $ 25,816.39 | $ 25,960.39 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 07/21/2014. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017                By: /s/ Joji Takada, Chapter 7 Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 15 Computer Servers Used For Bitcoin Mining. | 1129-000 | 2,500.00 |
| 20 Bitcoins ($625 Each As Of 7/8/14) | 1129-000 | 2,500.00 |
| TOTAL GROSS RECEIPTS | | $ 5,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Loan Services 10350 Park Meadows Drive Lone Tree, CO 80124 | | 136,000.00 | NA | NA | 0.00 |
| | Citi Mortgage PO Box 6243 Sioux Falls, SD 57117 | | 135,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citi Mortgage PO Box 6243 Sioux Falls, SD 57117 |  | 62,000.00 | NA | NA | 0.00 |
|  | Country Wide 4500 Park Granada Blvd Calabasas, CA 91302 |  | 34,000.00 | NA | NA | 0.00 |
|  | Fifth Third Bank 38 Fountain Square Plaza Cincinnati, OH 45263 |  | 380,817.00 | NA | NA | 0.00 |
| 3 | Real Time Resolutions, Inc. | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** |  |  | $ 747,817.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Joji Takada | 2200-000 | NA | 24.02 | 24.02 | 24.02 |
| Associated Bank | 2600-000 | NA | 120.00 | 120.00 | 120.00 |
| Illinois Department of Revenue | 2810-000 | NA | 0.00 | 144.00 | 144.00 |
| Callero and Callero LLP | 3410-000 | NA | 494.50 | 494.50 | 494.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | $ NA | $ 1,888.52 | $ 2,032.52 | $ 2,032.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance Attn: Bankrupcy Dept Po Box 2036 Warren, MI 48090 | | 14,905.00 | NA | NA | 0.00 |
| | Charter 1 Cc 1000 Lafayette Blvd Bridgeport, CT 06604 | | 7,225.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi CitiCard Credit Services/Centralized Ban Po Box 20363 Kansas City, MO 64195 | | 2,062.00 | NA | NA | 0.00 |
| | Lvnv Funding Llc Po Box 10497 Greenville, SC 29603 | | 8,785.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 2,928.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 397.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 1,067.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 14,071.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 10,019.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | 657.00 | NA | NA | 0.00 |
| | Real Time Resolutions | | 28,653.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 871.00 | NA | NA | 0.00 |
| | Seterus Inc 8501 Ibm Dr, Bldg 201, 2dd188 Charlotte, NC 28262 | | 123,161.00 | NA | NA | 0.00 |
| | Specialized Loan Servicing LLC PO Box 636007 Littleton, CO 80163-6007 | | 17,048.50 | NA | NA | 0.00 |
| | Weltman Weinberg & Reis 180 North LaSalle St Suite 2400 Chicago, IL 60601-2704 | | 84,129.86 | NA | NA | 0.00 |
| 4 | American Infosource Lp As Agent For | 7100-000 | NA | 160.44 | 160.44 | 19.90 |
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | 7100-000 | NA | 8,841.47 | 8,841.47 | 1,096.50 |
| 2 | Midland Credit Management, Inc | 7100-000 | NA | 14,925.96 | 14,925.96 | 1,851.08 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 315,979.36 | $ 23,927.87 | $ 23,927.87 | $ 2,967.48 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-26641 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Sam Theofanopoulos | | | | | Date Filed (f) or Converted (c): | 07/21/2014 (f) |
| | | | | | | 341(a) Meeting Date: | 08/18/2014 |
| For Period Ending: | 04/07/2017 | | | | | Claims Bar Date: | 02/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 126 Hickory Chicago Heights, Il 60411 | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1230 Emerald Chicago Heights, Il 60411 | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 9344 Valley Farm Dr. Frankfort, Il 60423 | 200,000.00 | 0.00 | | 0.00 | FA |
| 4. 1614 Aberdeen Chicago Heights, Il | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 5. Cash - $200 | 200.00 | 0.00 | | 0.00 | FA |
| 6. Household Furniture (Used) Television, Dvd Player, Appliance | 1,200.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Ring And Watch | 800.00 | 0.00 | | 0.00 | FA |
| 8. Gun | 200.00 | 0.00 | | 0.00 | FA |
| 9. 1969 Chevorlet Chevelle (Not Running, Partially Disassembled | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. 2002 Hyundai Sonata (188,000 Miles) (Sold To Debtor's Father | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. 15 Computer Servers Used For Bitcoin Mining. | 18,000.00 | 16,500.00 | | 2,500.00 | FA |
| 12. 20 Bitcoins ($625 Each As Of 7/8/14) | 12,500.00 | 11,900.00 | | 2,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $325,400.00 | $28,400.00 | | $5,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to abandon real estate; File compromise re: sale of bitcoins and servers. - Joji Takada 12/30/2014

Estate tax returns filed; Waiting for prompt determination. - Joji Takada 11/11/2015

TFR prepared and submitted to UST. - Joji Takada 10/27/2016

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/22/2016        Current Projected Date of Final Report (TFR): 06/30/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-26641 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Sam Theofanopoulos | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0031 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2657 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/15 | | Hiltz and Zanzig | Settlement payment Settlement payment re compromise of personal property (bitcoins and servers) | | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts | $5,000.00 | | | | |
| | 11 | | 15 Computer Servers Used For Bitcoin Mining. | $2,500.00 | 1129-000 | | | |
| | 12 | | 20 Bitcoins ($625 Each As Of 7/8/14) | $2,500.00 | 1129-000 | | | |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,990.00 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,980.00 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,970.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,960.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,950.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,940.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,930.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,920.00 |
| 12/09/15 | 1001 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Income Tax Illinois estate tax | | 2810-000 | | $144.00 | $4,776.00 |

Page Subtotals:   $5,000.00   $224.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-26641 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Sam Theofanopoulos | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX0031 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX2657 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/07/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,766.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,756.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,746.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,736.00 |
| 02/27/17 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,250.00 | $3,486.00 |
| 02/27/17 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $24.02 | $3,461.98 |
| 02/27/17 | 1004 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $494.50 | $2,967.48 |
| 02/27/17 | 1005 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution per court order. | 7100-000 | | $1,096.50 | $1,870.98 |
| 02/27/17 | 1006 | Midland Credit Management, Inc<br>As Agent For Asset Acceptance Llc<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution per court order. | 7100-000 | | $1,851.08 | $19.90 |
| 02/27/17 | 1007 | American Infosource Lp As Agent For Directv, Llc<br>Po Box 51178<br>Los Angeles, Ca 90051-5478 | Final distribution per court order. | 7100-000 | | $19.90 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | $5,000.00 | $5,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Page Subtotals: | $0.00 | $4,776.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Case 14-26641    Doc 52    Filed 05/05/17    Entered 05/05/17 13:39:29    Desc Main
                           Document          Page 12 of 13

|  |  |  |
|---|---|---|
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0031 - Checking | $5,000.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:  $0.00   $0.00